UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-cr-00096-DAD-BAM-1 |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE AND DIRECTING GOVERNMENT TO RESPOND |
| NETZAHUALCOYOTL CERNA, | |
| Defendant-Movant. | |

Defendant-Movant Netzahualcoyotl Cerna filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (Doc. No. 61.) The court has screened the motion pursuant to Rule 4 of the Rules of Governing Section 2254 and 2255 Cases and has concluded that the government should be ordered to respond to the motion. Accordingly, within forty-five (45) days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Any reply by defendant-movant shall be filed within thirty (30) days of the filing and service of the government's response.

IT IS SO ORDERED.

Dated:   **May 9, 2022**

UNITED STATES DISTRICT JUDGE

1